Dorothy HUBBERT, Appellant,

v.

The STATE of Texas, Appellee.

No. 28694.

Court of Criminal Appeals of Texas.

Jan. 2, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The appellant was convicted of the offense of unlawfully possessing policy paraphernalia designed and adaptable for use in connection with a policy game, and his punishment was assessed at ninety days' confinement in jail.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.